UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL MORGAN,

                Plaintiff,

-against-                      22 Civ. 3367 (JPC)

SCOTT HARTMAN; MARIO MONELLO;     ORDER OF SERVICE
VINCENT PUMA; NPM MANAGEMENT,
LLC; FLEX EMPLOYEE SERVICES LLC,

                Defendants.

JOHN P. CRONAN, United States District Judge:

    Plaintiff, who is proceeding *pro se*, paid the filing fees to commence this action.

    The Clerk of Court is directed to issue summonses as to Defendants Scott Hartman; Mario Monello; Vincent Puma; NPM Management, LLC; and Flex Employee Services, LLC. Plaintiff is directed to serve the summons and amended complaint on each Defendant within 90 days of the issuance of the summons. If within those 90 days, Plaintiff has not either served Defendants or requested an extension of time to do so, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

    SO ORDERED.

Dated: July 21, 2022
       New York, New York

                                        JOHN P. CRONAN
                                        United States District Judge