**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
DR. MICHAEL MORGAN,

                Plaintiff,                22 **CIVIL** 3367 (JHR)(JLC)

     -against-                        **JUDGMENT**

MARIO MONELLO, VINCENT J. PUMA,
SCOTT HARTMAN, FLEX EMPLOYEE
SERVICES LLC, and NPM MANAGEMENT
LLC,

                Defendants.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 30, 2023, the Court has reviewed de novo the contested portions of the Report and Recommendation and has reviewed the remainder for clear error. The Court finds the Report and Recommendation to be well reasoned and grounded in fact and law. Accordingly, the Report and Recommendation is adopted in its entirety. Defendants' motion to dismiss is GRANTED and Plaintiff's SAC is DISMISSED with prejudice; accordingly, the case is closed.

**Dated:**  New York, New York

      September 30, 2023

                                                      **RUBY J. KRAJICK**

                                                      Clerk of Court

                         **BY:**

                                                    **Deputy Clerk**